[Nos. 9952-3-I; 11430-1-I;   Division One.      November 21, 1983.]
    10528-1-I.

JUDITH STANFIELD, *Plaintiff*, v. JULIUS KANE,
ET AL, *Appellants*, RAINIER NATIONAL
BANK, *Respondent*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 55347, Jack S. Kurtz, J., entered January 23 and 30 and July 6, 1981. *Dismissed* by unpublished per curiam opinion.

[Nos. 5383-1-III; 5382-2-III.   Division Three.   November 22, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. WILFREDO
JOCOBO CARRASCO, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Yakima County, No. 82-1-00348-0, Cameron K. Hopkins, J. Pro Tem., entered August 31, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 6187-2-II.   Division Two.   November 22, 1983.]

*In the Matter of the Welfare of*
FREDERICK HEINZ.

Appeal from a judgment of the Superior Court for Kitsap County, No. JD-304, Terence Hanley, J., entered February 5, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.